## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| 425 Third Street SW, Suite 800 | ) | |
| Washington, DC 20024, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| The Executive Office | ) | |
| Office of the Legal Adviser, Suite 5.600 | ) | |
| 600 19th Street N.W. | ) | |
| Washington, DC 20522, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of State to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Judicial Watch, Inc. is a non-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 425 Third Street, S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records

from federal agencies pursuant to FOIA.  Plaintiff analyzes the agencies' responses and disseminates both its findings and the requested records to the American public to inform them about "what their government is up to."

4.      Defendant U.S. Department of State ("State Department") is an agency of the U.S. Government and is headquartered at 2201 C Street, N.W., Washington D.C. 20520.  The State Department has possession, custody, and control of public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On April 2, 2025, Plaintiff submitted a FOIA request to the State Department, via its online FOIA public access link, seeking access to the following public records:

**1. All contracts, grant agreements, or similar records related to any funding awarded pursuant to Notice of Funding Opportunity 7200AA22FRA00012, which was published on or about March 8, 2022 and announced funding opportunities under USAID's Central Europe Program.**

**2. All statements of work, proposals, performance assessments, or similar records related to any contract or grant awarded funding under the Central Europe Program.**

**3. All contractual agreements between the Department of State, the U.S. Agency for International Development, the National Endowment for Democracy, or the National Democratic Institute and the organization Action for Democracy (A4D).**

**4. All records of communication between any official or employee of the Department of State and any other individual or entity containing the term "Action for Democracy," "A4D," and/or "Koranyi."**

**5. All visitor logs or similar records depicting the visits of Mr. David Koranyi to any Department of State or U.S. Agency for International Development office or facility. For purposes of clarification, Mr. Koranyi is the President and Executive Director of the organization Action for Democracy.**

Plaintiff identified the time frame for this request as January 1, 2020 to the present.

6.      The State Department acknowledged receipt of Plaintiff's request by email dated April 2, 2025, and advised Plaintiff the request had been assigned FOIA request No. F-2025-14152.

7.      By letter dated April 16, 2025, the State Department acknowledged that it had received the request and that it had placed it in the complex processing track.  At the same time, Defendant informed Plaintiff it would not be able to respond within the 20 days provided by the FOIA statute due to "unusual circumstances."

8.      Plaintiff has received no further communication from the State Department regarding the request.

9.      As of the date of this Complaint, the State Department has failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

### COUNT I
**(Violation of FOIA, 5 U.S.C. § 552)**

10.      Plaintiff realleges paragraphs 1 through 9 as if fully stated herein.

11.      Defendant is in violation of FOIA.

12.      Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with the law.

13.      Plaintiff has no adequate remedy at law.

14.      To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's request on or about May 14, 2025 at the latest.  Because Defendant failed to make a final determination on Plaintiff's request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA

request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  August 14, 2025                          Respectfully submitted,

                                                 /s/ *Lauren M. Burke*
                                                 Lauren M. Burke
                                                 DC Bar No. 1028811
                                                 JUDICIAL WATCH, INC.
                                                 425 Third Street SW, Suite 800
                                                 Washington, DC 20024
                                                 (202) 646-5172
                                                 lburke@judicialwatch.org

                                                 *Counsel for Plaintiff*